UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AARON ALLEN, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>VS. )<br>)<br>DITECH FINANCIAL, LLC, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br><br>3:17-CV-0755-G (BN) |

# ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated December 22, 2017, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is therefore **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

The court hereby **GRANTS** defendant Ditech Financial, LLC's motion to dismiss (docket entry 11) and **DISMISSES** plaintiffs Aaron Allen and Lori Allen's

claims against defendant Ditech Financial, LLC without prejudice. Plaintiffs Aaron Allen and Lori Allen are **granted 21 days** from the date of this order in which to file an amended complaint consistent with magistrate judge's findings and recommendation. If plaintiffs fail to do so, their claims against defendant Ditech Financial, LLC will be dismissed with prejudice without further notice.

January 16, 2018.

/s/ A. Joe Fish
**A. JOE FISH**
**Senior United States District Judge**